IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SAM CHAABAN,**

    **Plaintiff,**

vs.                                                     4:06-CV-338-SPM

**AGENCY FOR HEALTH CARE
ADMINISTRATION, State of Florida,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE

**THE COURT** has been informed by Plaintiff's counsel that the parties to this case have settled all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>ninth</u> day of March, 2007.

                                     *s/ Stephan P. Mickle*
                                     Stephan P. Mickle
                                     United States District Judge